UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
ABUL HUSSAIN,

          Petitioner,         <u>MEMORANDUM AND ORDER</u>
                                            CV-2190-08
    -against-

UNITED STATES OF AMERICA,

          Respondent.
-----------------------------X
A P P E A R A N C E S:

For Plaintiff:
    Abul Hussain, Pro Se
    FCI Fairton Satellite Camp
    P.O. Box 420
    Fairton, NJ 08320

    John F. Carman, Esq.
    666 Old Country Road
    Suite 501
    Garden City, New York 11530

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    Federal Plaza
    Central Islip, New York 11722
      By: Bonnie Klapper, A.U.S.A.

HURLEY, Senior District Judge

        The Court is in receipt of Abul Hussain's ("Hussain's") letter of November 13, 2009 in which he (1) withdraws the claim that his plea of guilty was coerced by one of his defense attorneys, (2) asks for the appointment of counsel for resentencing purpose, and (3) requests a prompt resentencing date together with bail pending that date.

        The coerced plea portion of Hussain's § 2255 motion is

dismissed based on his application.  John F. Carman, Esq. of the Criminal Justice Act Panel is hereby appointed to represent Hussain for purposes of resentencing which resentencing is scheduled for December 22, 2009 at 11:00 a.m.  Hussain's application for bail pending that date is denied based on the information provided.

Counsel for both the government and Hussain are directed to file a letter brief with the Court on or before December 8, 2009, setting forth their respective positions including (1) whether an updated presentence report should be ordered (see generally United States v. Quinteri, 306 F.3d 1217, 1234 (2d Cir. 2002) and United States v. Tyler, 2009 WL 3380996 (2d Cir.)); (2) what discretion the Court has in resentencing Hussain; and (3) their at least tentative recommendations with respect thereto.

SO ORDERED.

Dated: November 18, 2009
      Central Islip, New York

                                                       _____
                                                       DENIS R. HURLEY, U.S.D.J.